UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN PALAZZOLO,

    Plaintiff,   No. 12-13952

v.   District Judge David M. Lawson
Magistrate Judge R. Steven Whalen

CITY OF MELVINDALE, POLICE
DEPT., CITY MELVINDALE, COUNTY
OF WAYNE, OFFICE OF WAYNE COUNTY
PROSECUTOR KYM WORTHY,
MELVINDALE DETECTIVE DAVIT TAFT,
OTHER PRESENT AND FORMER MEMBERS
OF MELVINDALE CITY POLICE DEPT. and
WAYNE COUNTY PROSECUTOR'S OFFICE,
CRYSTAL SCHULTZ and ANTHONY DALFONSO,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on August 8, 2013, Plaintiff's Second Motion to Compel Against Defendants Melvindale Police and Wayne County Prosecutor's Office [Doc. #42] is GRANTED IN PART AND DENIED IN PART, as follows.

As to Request to Admit #4 to Defendant Melvidale/Melvindale Police, the motion is GRANTED. Defendant will provide an amended response within 14 days of the date of this Order.

As to Request to Admit #1 to Defendant Wayne County, the motion is DENIED, without prejudice to Plaintiff serving an additional Request to Admit.

In all other respects, the motion is DENIED.

Defendants' request for fees and costs is DENIED.

IT IS SO ORDERED.


Dated: August 8, 2013            s/R. Steven Whalen            
                                 R. STEVEN WHALEN
                                 UNITED STATES MAGISTRATE JUDGE


I hereby certified that a copy of this Order was sent to parties of record on August 8, 2013, electronically and/or by U.S. mail.

                                 s/Michael Williams            
                                 Case Manager for the
                                 Honorable R. Steven Whalen