UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN PALAZZOLO,

    Plaintiff,                                          No. 12-13952

v.                                                  District Judge David M. Lawson
                                                           Magistrate Judge R. Steven Whalen

CITY OF MELVINDALE, POLICE
DEPT., CITY MELVINDALE, COUNTY
OF WAYNE, OFFICE OF WAYNE COUNTY
PROSECUTOR KYM WORTHY,
MELVINDALE DETECTIVE DAVIT TAFT,
OTHER PRESENT AND FORMER MEMBERS
OF MELVINDALE CITY POLICE DEPT. and
WAYNE COUNTY PROSECUTOR'S OFFICE,
CRYSTAL SCHULTZ and ANTHONY DALFONSO,

    Defendants.
_____/

## ORDER

      For the reasons and under the terms stated on the record on August 8, 2013, Plaintiff's Third Motion to Compel Against Defendant Melvindale Police [Doc. #46] is GRANTED IN PART AND DENIED IN PART.

      Within 14 days of the date of this Order, Defendant shall produce any documents in the employment or personnel files of Detectives John Sabo and David Taft relating to disciplinary action for the time period of 1999 to the present, involving any criminal investigation in which these individuals were involved, and disciplinary action as to any failure to follow or apply Departmental policies. These documents will be subject to the protective order entered in this case. If no such documents exist, Defendant shall so certify.

Plaintiff's request for policies specific to detective work and supervision of that work is DENIED.

On Defendant's counsel's representation that all other discovery requests in this motion have been produced, the motion to compel those requests is DENIED AS MOOT.

IT IS SO ORDERED.


Dated: August 8, 2013             s/ R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on August 8, 2013, electronically and/or by U.S. mail.

                                  s/Michael Williams
                                  Case Manager for the
                                  Honorable R. Steven Whalen